UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT and SANDRA CLOUD, | 3:11-cv-00247-LRH-VPC |
| Plaintiffs, | ORDER |
| vs. | |
| QUALITY HOME SERVICES, INC., a Nevada corporation; MERRILL L. JONES; RAYMOND E. RATHBUN, DEBORAH G. RATHBUN, | |
| Defendants. | |

Before the court is the parties' Case Management Report (#25)[1].  Good cause appearing,

IT IS ORDERED that this case is referred to The Honorable Valerie P. Cooke for the purpose of conducting a settlement conference.

DATED this 16th day of August, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to the court's docket number.